IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

SAN ANGELO DIVISION



UNITED STATES OF AMERICA,               *

       Plaintiff,                    *
                                        *
   VS.                                  *        CIVIL NO.
                                        *        6:00-CV-0075-C
ROBERT L. FOX,                          *
                                        *
       Defendant.                    *

**ENTERED ON DOCKET**

**DEC 22 ▓▓**

**U.S. DISTRICT CLERK'S OFFICE**

## J U D G M E N T

IT IS ORDERED, ADJUDGED AND DECREED that the United States have judgment against said defendant for the sum of $8,069.48, together with interest thereon from date of this judgment at the rate of __6.052__ % per annum and compounded annually until paid, and all costs of suit, for all of which plaintiff may have its execution.

SIGNED this __22nd__ day of _____December_____, 2000.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

7